IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00751-CMA-KLM

JON A. GOODWIN,

    Plaintiff,

v.

MARCIA ANN BRUGGEMAN HATCH,
SEAMUS JOHN PAUL HATCH,
MICHAEL DOUGLAS BOCK,
GUNDERSON DETTMER STOUGH VILLENEUVE FRANKLIN & HACHIGIAN, LLP,
ROBERT V. GUNDERSON, JR.,
SCOTT CHARLES DETTMER,
THOMAS F. VILLENEUVE,
DANIEL JURG NIEHANS,
DANIEL E. O'CONNOR,
KENNETH ROBERT McVAY,
IVAN ALEXANDER GAVIRIA,
DANIEL E. O'CONNOR,
JOHNSON & JOHNSON LLP,
NEVILLE LAWRENCE JOHNSON
DOUGLAS LOWELL JOHNSON,
JONATHAN MARTIN TURCO,
LAN PHONG VU,
DIANA BIAFORA SPARAGNA,
TINA LOUISE SCATUORCHIO-GOODWIN,
BARRY STEVEN LEVIN,
MATHEW LLOYD LARRABEE,
ROBERT A. ESPEN,
DAVID MARK JARGIELLO,
RAMSEY & EHRLICH LLP,
MILES FREDRICK EHRLICH,
ISMAIL JOMO RAMSEY,
FOLGER LEVIN KAHN, LLP,
MICHAEL ALEXNDER KAHN,
JOHN DANIEL SHARP,
DENELLE MARIE DIXON-THAYER,
LEWIS ROCA ROTHGERBER CHRISTIE, LLP,
FREDRICK JAMES BAUMANN,
ALEX C. MYERS,

HELLER EHRMAN (CALIFORNIA),
VLG INVESTMENTS LLC,
VLG INVESTMENTS 2006 LLC,
VLG INVESTMENTS 2007 LLC,
VLG INVESTMENTS 2008, LLC,
HEWM INVESTORS, LLC,
HEWM INVESTORS II, LLC,
HEWM/VLG INVESTMENTS, LLC,
DOES 1 – 100,

     Defendants.

# FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming and Adopting the May 14, 2018, Order and Recommendation of United States Magistrate Judge (Doc. No. 128) of Judge Christine M. Arguello entered on July 18, 2018 it is

ORDERED that the Order and Recommendation of United States Magistrate Judge Mix (Doc. No. 122) is AFFIRMED and ADOPTED.   It is

FURTHER ORDERED that Moving Defendants' Motion to Set Aside Default Under Federal Rule of Civil Procedure 55(c) and to Dismiss Under Rules 12(b)(2) and 12(b)(5) (Doc. No. 115) is GRANTED.   It is

FURTHER ORDERED that the Clerk's entry of default against Moving Defendants (Doc. No. 110) remains VACATED.   It is

FURTHER ORDERED that Plaintiff's claims against Moving Defendants and the Doe Defendants are DISMISSED pursuant to Rule 12(b)(6).   It is

FURTHER ORDERED that the following claims in Plaintiff's Second Amended Complaint (Doc. No. 83) are DISMISSED:

1. Claims 1-11, 14, 17, and 23 against the Doe Defendants; and

2. Claim 26 against all Defendants.

It is FURTHER ORDERED that this action is hereby DISMISSED in its entirety. It is

FURTHER ORDERED that judgment is entered in favor of Moving Defendants, and against Plaintiff, Jon A. Goodwin.   It is

FURTHER ORDERED that as the prevailing party, Moving Defendants, are AWARDED their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1), and D.C.COLO.LCivR. 54.1.

Dated:   July 18, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/S. West
         S. West, Deputy Clerk